**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MICHAEL STEWART,

        Plaintiff,

-vs-                                              Case No. 5:14-cv-582-Oc-34PRL

CHEFS OF NAPOLI II, INC.,

        Defendant.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 23; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on September 21, 2015. In the Report, Magistrate Judge Lammens recommends that Plaintiff's Motion for Default Judgment (Dkt. No. 11) be granted and that Plaintiff be awarded damages for unpaid wages in the amount of $984.24, plus an equal amount of liquidated damages, for a total amount of $1,968.48. See Report at 8. Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 23) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Default Judgment (Dkt. No. 11) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Michael Stewart and against Defendant Chefs of Napoli II, Inc. in the total amount of $1,968.48 for unpaid wages, as well as liquidated damages.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Chambers, this 19th day of October, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

Unrepresented Parties